IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOYCE N. FERRANTE,

      Appellant,

v.

FLORIDA CREDIT UNION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3654

Opinion filed April 6, 2016.

An appeal from the Circuit Court for Gilchrist County.
Mary Day Coker, Judge.

Joyce N. Ferrante, pro se, Appellant.

James E. Sorenson of Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.